IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02568-PSF

CHEROL K. ACREE

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____

**ORDER ON MOTION FOR ATTORNEY FEES**
_____

This matter is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. # 23), filed November 22, 2005.

On August 23, 2005, the decision of the Administrative Law Judge in this Social Security appeal was reversed by this Court, and the case remanded. Judgment was entered for the plaintiff (Dkt. # 21), who also received her costs.

Plaintiff Cherol K. Acree filed her motion for attorney fees within thirty days following the deadline for an appeal of the action, as required by the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B). Ms. Acree contends that the position of the United States was not "substantially justified" and she is therefore entitled to attorney fees under EAJA. She further states that she contacted opposing counsel, who opposed the motion on the basis of substantial justification.

However, opposing counsel has not filed any response to Ms. Acree's motion, nor pointed to any basis for finding that the position of the United States was

"substantially justified." This Court, in entering judgment for the plaintiff and remanding the matter to the Administrative Law Judge, specifically ordered that the ALJ properly consider objective medical findings regarding Ms. Acree's non-exertional limitations of pain and chronic fatigue as well as records of her treating physicians.

In light of this judgment and the lack of opposition from defendants, plaintiff's motion for attorney fees (Dkt. # 23) is GRANTED. Plaintiff is awarded attorney fees under EAJA in the amount of $3,114.07, to be made payable to Robert C. Dawes, Attorney for Cherol K. Acree.

DATED: January 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge